United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-10520-elf
Peggy Robin Brill                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Nancy              Page 1 of 2                Date Rcvd: Jun 24, 2019
                              Form ID: 167             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
```
db               Peggy Robin Brill,   14 Lincoln Rd,   Kutztown, PA  19530-8302
14270590        +Bayview Loan Servicing, as servicer for,    Metropolitan Life Insurance Company,
                 c/o Kevin G. McDonald,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14265016       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
               (address filed with court: Credit Protection Association,    13355 Noel Rd Ste 2100,
                 Dallas, TX   75240-6837)
14265011         Capital One Auto,    PO Box 259407,   Plano, TX  75025-9407
14287125         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14265017         Family Guidance Center,    1235 Penn Ave Ste 205-206,    Wyomissing, PA  19610-2100
14265019         Law Offices of Hayt, Hyat & Landau, LLC,    123 S Broad St Ste 1660,
                 Philadelphia, PA  19109-1003
14265020         MDJ-23-3-04,    110 W Arch St Ste 118,   Fleetwood, PA  19522-1321
14265021         Mercantile Adjustment Bureau, LLC,    PO Box 9055,   Williamsville, NY  14231-9055
14265024         Norann Warmkessel, Tax Collector,    2237 Moselem Springs Rd,    Fleetwood, PA  19522-9266
14265025         Paypal Credit,    PO Box 5138,   Timonium, MD  21094-5138
14265028         Santander Bank,    PO Box 16255,   Reading, PA  19612-6255
14272332        +Santander Bank, N.A.,    450 Penn Street, Mail Code 10-421-MC3,   Reading, PA 19602-1011
14265029         Service Electric of Birdsboro,    PO Box 8,   Birdsboro, PA  19508-0008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 25 2019 03:18:01
                 Capital One Auto Finance, a division of Capital On,    c/o AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14265010         E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 25 2019 03:09:59
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd Fl 5,   Miami, FL  33146-1837
14268088        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 25 2019 03:19:25
                 Capital One Auto Finance,,    a division of Capital One, N.A. Dept.,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14273768        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 25 2019 03:19:23
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
14282155        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2019 03:20:03
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14265012         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:19:23
                 Capital One Bank USA NA,    Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT  84130-0285
14265013         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:12       Comenity Bank/Peebles,
                 PO Box 182789,    Columbus, OH  43218-2789
14265014         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:12       Comenity Capital Bank/Bosc,
                 PO Box 182120,    Columbus, OH  43218-2120
14265015         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:13       ComenityBank/FashBug,
                 PO Box 182789,    Columbus, OH  43218-2789
14265018         E-mail/Text: bncnotices@becket-lee.com Jun 25 2019 03:08:58       Khols/Capone,   PO Box 3115,
                 Milwaukee, WI  53201-3115
14303153        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 25 2019 03:09:59
                 Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
14265022         E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2019 03:09:44       Midland Credit Management, Inc.,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
14285711        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2019 03:09:44       Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14265023         E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2019 03:09:44       Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA  92108-2709
14265027         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:19:26
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4952
14265026         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:16:53
                 Portfolio Recovery Associates,    Riverside Commerce Center,    120 Corporate Blvd Ste 100,
                 Norfolk, VA  23502-4952
14303705         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:35:21
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14265030         E-mail/PDF: clerical@simmassociates.com Jun 25 2019 03:16:49       SIMM Associates, Inc.,
                 PO Box 7526,   Newark, DE  19714-7526
14265031         E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:17       SYNCB/ Wal-Mart,   PO Box 965024,
                 Orlando, FL  32896-5024
14265032         E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:17       SYNCB/Care Credit,
                 PO Box 965036,    Orlando, FL  32896-5036
14266246        +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:46       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14265033         E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:17       Synchrony Bank/ Lowes,
                 PO Box 965005,    Orlando, FL  32896-5005
                                                                                              TOTAL: 22
```

```
District/off: 0313-4          User: Nancy              Page 2 of 2                Date Rcvd: Jun 24, 2019
                              Form ID: 167             Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing,   as servicer for,   Metropolitan Life Insurance Company
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company
               bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SHAWN J. LAU    on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Peggy Robin Brill
    Debtor(s)

Case No: 19−10520−elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING

    on: 8/29/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/24/19

Timothy B. McGrath
Clerk of Court

15 −
Form 167