# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peggy Robin Brill aka P. Robin Brill aka Peggy Brill aka Peggy R. Brill<br><br>        Debtor(s)<br><br>METROPOLITAN LIFE INSURANCE COMPANY, its successors and/or assigns<br><br>        Movant<br>    vs.<br><br>Peggy Robin Brill aka P. Robin Brill aka Peggy Brill aka Peggy R. Brill<br><br>        Debtor(s)<br><br>Scott F. Waterman, Esq.<br><br>        Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-10520 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of METROPOLITAN LIFE INSURANCE COMPANY, which was filed with the Court on or about **April 3, 2019, docket number 13**.

                                        Respectfully submitted,


                                By: **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322
                                        Attorney for Movant/Applicant

October 25, 2019