**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**PEGGY ROBIN BRILL**<br>**AKA P. ROBIN BRILL**<br>**AKA PEGGY BRILL**<br>**AKA PEGGY R. BRILL**<br><br>        **DEBTORS** | **BANKRUPTCY NO. 19-10520**<br><br>**CHAPTER 13** |

**NOTICE OF FILING OF APPLICATION BY SHAWN J. LAU, ESQUIRE OF
LAU & ASSOCIATES, P.C., ATTORNEY FOR THE DEBTOR, PEGGY ROBIN
BRILL, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES THROUGH
NOVEMBER 21, 2019**

**TO THE CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE, ALL
CREDITORS AND PARTIES REQUESTING NOTICES:**

**Official NOTICE IS GIVEN THAT** an Application by Shawn J. Lau, of Lau &
Associates, P.C for Allowance of Compensation for Services Rendered and
Reimbursement of Expenses Incurred through November 21, 2019 has been filed with
the Court. The Applicant requests that it be allowed an interim allowance of
compensation for services rendered in the amount of $4,885.00, reimbursement of filing
expenses incurred in the amount of $323.20 from July 12, 2019 through November 21, 2019
and that Lau & Associates, P.C. may apply the $1,100.00 retainer paid for fees, and the
amount paid for the filing fee.

The Debtors, Debtors' Counsel, United States Trustee, all creditors and Parties
requesting Notices wishing to answer, object, or respond to the Application or request a
hearing shall submit such answers, objections, responsive pleadings or request for a
hearing, in writing, within twenty-one (21) days from the date of this Notice to the Docket
Clerk, United States Bankruptcy Court, The Madison Building, 4ᵗʰ & Washington St.
Reading, PA  19601.

In the absence of any answers, objections or responsive pleadings or requests for hearing,
the Applicant shall certify to the Court the absence of such filing and the serving within
twenty-one (21) days from the date of this Notice and the Court may, upon consideration
of the record, grant the Application and the Court may enter an order granting the relief
requested in the Application.

Dated: <u>November 22, 2019</u>          <u>/s/Shawn J. Lau</u>
                                          Shawn J. Lau, Esquire
                                          Lau & Associates, P.C.
                                          4228 St. Lawrence Avenue
                                          Reading, PA  19606
                                          610-370-2000 phone