### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>**PEGGY ROBIN BRILL**<br>**AKA P. ROBIN BRILL**<br>**AKA PEGGY BRILL**<br>**AKA PEGGY R. BRILL**<br><br>**DEBTORS** | **BANKRUPTCY NO. 19-10520**<br><br>**CHAPTER 13** |
|---|---|

### ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor Peggy Robin Brill for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED that Lau & Associates P.C. is **ALLOWED** $4,400.00 as compensation and $323.20 in reimbursement of actual, necessary expenses for the period July 12, 2018 through November 21, 2019 and that the Trustee may pay the allowed amounts less $1,410.00 already paid by the Debtor as an administrative expense to the extent provided for in the confirmed plan.

Date: 12/19/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**