United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-10520-elf
Peggy Robin Brill   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: SaraR   Page 1 of 1   Date Rcvd: Dec 19, 2019
                Form ID: pdf900   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.
db         Peggy Robin Brill,    14 Lincoln Rd,    Kutztown, PA  19530-8302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 20 2019 03:31:45
            Capital One Auto Finance, a division of Capital On,    c/o AIS Portfolio Services, LP,
            4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2019 03:31:10    Synchrony Bank,
            c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                        TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bayview Loan Servicing,    as servicer for,    Metropolitan Life Insurance Company
                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:
         KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company
         bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing bkgroup@kmllawgroup.com
         ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com
         SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         SHAWN J. LAU    on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com,
         g61705@notify.cincompass.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                           TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**PEGGY ROBIN BRILL**<br>**AKA P. ROBIN BRILL**<br>**AKA PEGGY BRILL**<br>**AKA PEGGY R. BRILL**<br><br>    **DEBTORS** | **BANKRUPTCY NO. 19-10520**<br><br>**CHAPTER 13** |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor Peggy Robin Brill for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED that Lau & Associates P.C. is **ALLOWED** $4,400.00 as compensation and $323.20 in reimbursement of actual, necessary expenses for the period July 12, 2018 through November 21, 2019 and that the Trustee may pay the allowed amounts less $1,410.00 already paid by the Debtor as an administrative expense to the extent provided for in the confirmed plan.

Date:  12/19/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**