| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-10520-PMM

PEGGY ROBIN BRILL  
14 LINCOLN RD  
KUTZTOWN  PA    19530-8302

Petition Filed Date: 01/29/2019  
341 Hearing Date: 03/12/2019  
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/08/2019 | $353.70 | Monthly Plan P | 07/12/2019 | $353.70 | Delinquency (C | 08/07/2019 | $353.70 | Monthly Plan P |
| 08/27/2019 | $290.00 | Monthly Plan P | 09/18/2019 | $65.00 | Monthly Plan P | 10/03/2019 | $353.70 | |
| 10/11/2019 | $353.70 | | 12/10/2019 | $408.00 | | 12/26/2019 | $408.00 | |
| 01/17/2020 | $408.00 | | 02/18/2020 | $408.00 | | 03/23/2020 | $200.00 | |
| 03/27/2020 | $200.00 | | 05/11/2020 | $308.00 | | 05/26/2020 | $408.00 | |
| 06/26/2020 | $308.00 | | 07/20/2020 | $360.00 | | | | |

**Total Receipts for the Period: $5,539.50     Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,539.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $3,798.20 | $3,798.20 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $1,125.23 | $0.00 | $1,125.23 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,547.09 | $0.00 | $2,547.09 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,604.95 | $0.00 | $1,604.95 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $2,082.02 | $0.00 | $2,082.02 |
| 6 | BAYVIEW LOAN SERVICING<br>»» 006 | Mortgage Arrears | $15,665.82 | $0.00 | $15,665.82 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,170.86 | $0.00 | $1,170.86 |
| 8 | NORANN WARMKESSEL, TAX COLLECTOR<br>»» 008 | Priority Crediors | $651.56 | $453.07 | $198.49 |
| 9 | NORANN WARMKESSEL, TAX COLLECTOR<br>»» 009 | Priority Crediors | $641.20 | $445.88 | $195.32 |

**Chapter 13 Case No. 19-10520-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,539.50 | Current Monthly Payment: | $404.09 |
| Paid to Claims: | $4,697.15 | Arrearages: | $220.81 |
| Paid to Trustee: | $518.35 | Total Plan Base: | $23,136.18 |
| Funds on Hand: | $324.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.