United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10520-pmm
Peggy Robin Brill                                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore          Page 1 of 1          Date Rcvd: Sep 09, 2020
                             Form ID: pdf900           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db              Peggy Robin Brill,   14 Lincoln Rd,   Kutztown, PA  19530-8302
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 10 2020 05:02:45
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 10 2020 05:02:56     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2020 05:04:22
                Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 10 2020 05:05:06
                Capital One Auto Finance, a division of Capital On,   c/o AIS Portfolio Services, LP,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:04:40     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing,   as servicer for,   Metropolitan Life Insurance Company
                                                                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
                JASON BRETT SCHWARTZ   on behalf of Creditor    Capital One Auto Finance, a division of Capital
                One, N.A. jschwartz@mesterschwartz.com
                KEVIN G. MCDONALD   on behalf of Creditor    Metropolitan Life Insurance Company
                bkgroup@kmllawgroup.com
                KEVIN G. MCDONALD   on behalf of Creditor    Bayview Loan Servicing bkgroup@kmllawgroup.com
                REBECCA ANN SOLARZ   on behalf of Creditor    Metropolitan Life Insurance Company
                bkgroup@kmllawgroup.com
                ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
                ecfmail@readingch13.com
                SCOTT WATERMAN   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
                SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
                SHAWN J. LAU   on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com,
                g61705@notify.cincompass.com
                United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
--------------------------------
IN RE:                           :  Chapter 13
PEGGY ROBIN BRILL                :  Case No. 19-10520-PMM
a/k/a P. ROBIN BRILL             :  Consent Order Settling
a/k/a PEGGY BRILL,               :  Capital One Auto Finance,
                                 :  a division of Capital One, N.A.'s
                    Debtor       :  Motion For Relief From The Automatic
                                 :  Stay Pursuant To 11 U.S.C. § 362
--------------------------------
```

AND NOW, this 9th day of September , 2020, this matter having come
before this Court upon application of **Capital One Auto Finance, a division of Capital One,
N.A.** (hereinafter referred to as *"COAF"*), a secured creditor of the above-named Debtor, by its
counsel, for relief from the automatic stay pursuant to 11 U.S.C. § 362;

AND it appearing that Debtor, *Peggy Robin Brill*, through Debtor's attorney, *Shawn J.
Lau, Esquire,* have reached an agreement with regard to said Motion for Relief regarding a 2013
HYUNDAI Elantra Sedan 4D Limited I4, V.I.N. 5NPDH4AEXDH279803 (the "Vehicle"), as per
the terms contained in this Order;

AND, it appearing that Debtor is indebted to *COAF* on a loan which enabled Debtor to
refinance said Vehicle, which loan terms are set forth in a Loan and Security Agreement (the
"Contract"); and

It appearing that *COAF* is the holder of a secured claim against the Debtor and;

It appearing that the Debtor remains in arrears post-petition in the amount of $560.24
($254.24 in post-petition arrears, plus $306.00 in attorney's fees and costs) as of August 28, 2020;

It appearing that the Debtor and *COAF* have reached an agreement to cure post-petition
arrears and attorney's fees and costs, the Debtor agrees to pay *$93.38* monthly **beginning
September 26, 2020 for the next six (6) months** (with payments due on the **twenty-sixth** of each
month) to cure said arrears, while making regular monthly post-petition payments ($254.24 per
the Contract) due under the Contract beginning with the September 26, 2020 payment **for a total
monthly payment from September 26, 2020 through February 26, 2021 of *$347.62*,** wherefore,

It is hereby **ORDERED** and **DECREED** that if Debtor shall fail to make the regular
monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears

as set forth above and Debtor fails to cure said default within ten (10) days after notice by *COAF* (or its counsel) of said default, counsel for *COAF* may file a Certification of Default with the Court setting forth Debtor's default and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and *COAF* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law. The Debtor shall be allowed to default and cure such default under this Consent Order one (1) time. Should Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and counsel for *COAF* may file a Certification of Default with the Court setting forth Debtor's default and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362).

It is **FURTHER ORDERED and DECREED** that in the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph then *COAF*, through Counsel, may file a certification setting forth said failure and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and *COAF* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

The failure by *COAF,* at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of *COAF's* rights hereunder.

This Order is a supplement and in addition to the Contract and not in lieu thereof.

Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
U.S. BANKRUPTCY JUDGE

Post-Petition Arrears:        $  254.24
Counsel Fees:                 $  306.00
*Total:*                      *$  560.24*

**Creditor: Capital One Auto Finance,
a division of Capital One, N.A.**
By Counsel: Mester & Schwartz, P.C.

By: _____
     Jason Brett Schwartz, Esquire
     Mester & Schwartz, P.C.
     1917 Brown Street
     Philadelphia, PA 19130
     (267) 909-9036

DATED: 9/2/20

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: Peggy Robin Brill**

By Counsel for Debtor: Shawn J. Lau, Esquire

By: _/s/ Shawn J. Lau_____
     Shawn J. Lau, Esquire
     Lau & Associates
     4228 St. Lawrence Avenue
     Reading, PA 19606
     (610) 370-2000

DATED:    9-2-2020

**Chapter 13 Trustee:**

Scott F. Waterman, Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

DATED: