**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**PEGGY ROBIN BRILL**<br>**AKA P. ROBIN BRILL**<br>**AKA PEGGY BRILL**<br>**AKA PEGGY R. BRILL**<br><br>**DEBTORS** | BANKRUPTCY NO. 19-10520 PMM<br><br>CHAPTER 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Supplemental Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor Peggy Robin Brill for Allowance of Compensation and Reimbursement of Expenses for Services Performed after Confirmation of Chapter 13 Plan and proper Notice thereof and opportunity to be heard, it is

ORDERED that Lau & Associates P.C. is allowed $500.00 as legal fees. This amount may be paid by the Chapter 13 Trustee to the extent permitted by the confirmed plan.

**Dated: 9/16/20**

BY THE COURT:

_Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge