| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10520-PMM**

PEGGY ROBIN BRILL
14 LINCOLN RD
KUTZTOWN  PA    19530-8302

Petition Filed Date: 01/29/2019
341 Hearing Date: 03/12/2019
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $408.00 | | 02/18/2020 | $408.00 | | 03/23/2020 | $200.00 | |
| 03/27/2020 | $200.00 | | 05/11/2020 | $308.00 | | 05/26/2020 | $408.00 | |
| 06/26/2020 | $308.00 | | 07/20/2020 | $360.00 | | 08/17/2020 | $408.00 | |
| 09/28/2020 | $408.00 | | 10/13/2020 | $200.00 | | 11/09/2020 | $208.00 | |
| 12/07/2020 | $408.00 | | 12/22/2020 | $408.00 | | 01/26/2021 | $190.00 | |
| 02/12/2021 | $408.00 | | 03/01/2021 | $250.00 | | 03/12/2021 | $408.00 | |
| 04/26/2021 | $200.00 | | | | | | | |

**Total Receipts for the Period: $6,096.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,035.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $3,798.20 | $3,798.20 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $1,125.23 | $0.00 | $1,125.23 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,547.09 | $0.00 | $2,547.09 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,604.95 | $0.00 | $1,604.95 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $2,082.02 | $0.00 | $2,082.02 |
| 6 | COMMUNITY LOAN SERVICING LLC<br>»» 006 | Mortgage Arrears | $15,665.82 | $3,949.75 | $11,716.07 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,170.86 | $0.00 | $1,170.86 |
| 8 | NORANN WARMKESSEL, TAX COLLECTOR<br>»» 008 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | NORANN WARMKESSEL, TAX COLLECTOR<br>»» 009 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-10520-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,035.50 | Current Monthly Payment: | $404.09 |
| Paid to Claims: | $8,247.95 | Arrearages: | $765.71 |
| Paid to Trustee: | $787.55 | Total Plan Base: | $23,136.18 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.