UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

Peggy Robin Brill aka P Robin Brill

Debtor

Case No.: 19-10520
Adversary No.: ___
Chapter: 13
Judge: Patricia M Mayer

# CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:
PO Box 16255
MC: 10-421-CP2
Reading, PA 19612

New Payment Address:
PO Box 847051
Boston, MA 02284-7051

Date: 10/24/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                         Chapter #13
Peggy Robyn Brill aka P Robin Brill        Case No. 19-10520
                                              Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

       I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 24, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

       Signed under the penalties of perjury, this 24th day of October 2021.

                                         *Melissa A. Epler*
                                         Melissa A. Epler
                                         Santander Bank, N.A.
                                         Bankruptcy Administrator
                                         450 Penn Street
                                         Reading, PA 19602
                                         (484) 512-3552
                                         Email: DeftBkr@santander.us

VIA US MAIL
Gwendolyn Wagner
327 Hain Ave
Reading, PA 19605

VIA ECF
Scott F Waterman
2901 Saint Lawrence Ave Ste 100
Reading, PA 19606

Shawn J Lau
Shawn_lau@msn.com