**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-10520** |
| **Peggy Robin Brill AKA P. Robin Brill,** : | **Chapter 13** |
| **AKA Peggy Brill, AKA Peggy R. Brill** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Metropolitan Life, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                  Respectfully submitted,

                                                  /s/ Alyk L. Oflazian
                                                  Alyk L. Oflazian, Esquire (312912)
                                                  Adam B. Hall (323867)
                                                  Manley Deas Kochalski LLC
                                                  P.O. Box 165028
                                                  Columbus, OH  43216-5028
                                                  Telephone: 614-220-5611
                                                  Fax: 614-627-8181
                                                  Attorneys for Creditor
                                                  The case attorney for this file is Alyk L. Oflazian.
                                                  Contact email is ALOflazian@manleydeas.com

22-019570_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-10520** |
| **Peggy Robin Brill AKA P. Robin Brill,** : | **Chapter 13** |
| **AKA Peggy Brill, AKA Peggy R. Brill** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFmail@fredreiglech13.com

Shawn J. Lau, Attorney for Peggy Robin Brill AKA P. Robin Brill, AKA Peggy Brill, AKA Peggy R. Brill, shawn_lau@msn.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Peggy Robin Brill AKA P. Robin Brill, AKA Peggy Brill, AKA Peggy R. Brill, 14 Lincoln Rd, Kutztown, PA  19530-8302

/s/ Alyk L. Oflazian

22-019570_PS