## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-10520** |
| **Peggy Robin Brill AKA P. Robin Brill,** | : | **Chapter 13** |
| **AKA Peggy Brill, AKA Peggy R. Brill** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Metropolitan Life Insurance Company** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **August 9, 2022 at 10:00 a.m.** |
| | : | |
| **Peggy Robin Brill AKA P. Robin Brill,** | : | **201 Penn Street, 4th Floor** |
| **AKA Peggy Brill, AKA Peggy R. Brill** | : | **Reading, PA 19601** |
| | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Metropolitan Life has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before August 4, 2022, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

**Clerk, U.S. Bankruptcy Court**
201 Penn Street, Suite 103
Reading, PA, 19601-_____

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

22-019570_RNT1

Scott F. Waterman
2901 St. Lawrence Ave. Suite 100
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on August 9, 2022 at 10:00 a.m. in 201 Penn Street, 4th Floor, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: __07/20/2022_____

22-019570_RNT1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-10520** |
| **Peggy Robin Brill AKA P. Robin Brill,** | : | **Chapter 13** |
| **AKA Peggy Brill, AKA Peggy R. Brill** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Metropolitan Life Insurance Company** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **August 9, 2022 at 10:00 a.m.** |
| | : | |
| **Peggy Robin Brill AKA P. Robin Brill,** | : | **201 Penn Street, 4th Floor** |
| **AKA Peggy Brill, AKA Peggy R. Brill** | : | **Reading, PA 19601** |
| | : | |
| **Scott F. Waterman** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion for Relief from

Automatic Stay was filed electronically.  Notice of this filing will be sent to the following parties

through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Shawn J. Lau, Attorney for Peggy Robin Brill AKA P. Robin Brill, AKA Peggy Brill, AKA
Peggy R. Brill, shawn_lau@msn.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Peggy Robin Brill AKA P. Robin Brill, AKA Peggy Brill, AKA Peggy R. Brill, 14 Lincoln
Rd, Kutztown, PA  19530-8302

/s/ Alyk L. Oflazian

22-019570_RNT1