| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-10520-PMM**

PEGGY ROBIN BRILL　　　　　　　　　　　　　　　　　　　　　Petition Filed Date: 01/29/2019
14 LINCOLN RD　　　　　　　　　　　　　　　　　　　　　　　341 Hearing Date: 03/12/2019
KUTZTOWN  PA    19530-8302　　　　　　　　　　　　　　　　Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $200.00 | | 07/12/2021 | $404.00 | | 07/27/2021 | $350.00 | |
| 08/13/2021 | $404.00 | | 09/28/2021 | $404.00 | | 10/12/2021 | $404.00 | |
| 11/22/2021 | $404.00 | | 12/20/2021 | $204.00 | | 01/04/2022 | $200.00 | |
| 01/31/2022 | $404.00 | | 02/11/2022 | $204.00 | | 03/02/2022 | $200.00 | |
| 03/25/2022 | $200.00 | | 04/08/2022 | $200.00 | | 04/25/2022 | $200.00 | |
| 05/06/2022 | $202.00 | | 05/20/2022 | $204.00 | | 06/06/2022 | $204.00 | |
| 06/17/2022 | $402.00 | | 07/15/2022 | $202.00 | | 07/29/2022 | $202.00 | |

**Total Receipts for the Period: $5,798.00　Amount Refunded to Debtor Since Filing: $0.00　Total Receipts Since Filing: $14,633.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $3,798.20 | $3,798.20 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $1,125.23 | $0.00 | $1,125.23 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $2,547.09 | $0.00 | $2,547.09 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,604.95 | $0.00 | $1,604.95 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $2,082.02 | $0.00 | $2,082.02 |
| 6 | COMMUNITY LOAN SERVICING LLC<br>»» 006 | Mortgage Arrears | $15,665.82 | $8,882.83 | $6,782.99 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,170.86 | $0.00 | $1,170.86 |
| 8 | NORANN WARMKESSEL, TAX COLLECTOR<br>»» 008 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | NORANN WARMKESSEL, TAX COLLECTOR<br>»» 009 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-10520-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,633.50 | Current Monthly Payment: | $404.09 |
| Paid to Claims: | $13,181.03 | Arrearages: | $824.97 |
| Paid to Trustee: | $1,266.63 | Total Plan Base: | $23,136.18 |
| Funds on Hand: | $185.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.