**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Peggy R. Brill, | : | Chapter 13 |
| | : | |
| | : | Case No.   19-10520 (PMM) |
| | : | |
| Debtor. | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Metropolitan Life Insurance Co. (doc. #54, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #56);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **November 3, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 10/3/22**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**