United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-10520-pmm

Peggy Robin Brill     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Oct 03, 2022     Form ID: pdf900     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peggy Robin Brill, 14 Lincoln Rd, Kutztown, PA 19530-8302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 04 2022 01:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 04 2022 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2022 01:40:18 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 04 2022 01:38:50 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: nsm_bk_notices@mrcooper.com | Oct 04 2022 01:46:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| cr | + Email/Text: DeftBkr@santander.us | Oct 04 2022 01:47:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2022 09:43:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, as servicer for, Metropolitan Life Insurance Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

**Name** — **Email Address**

ALYK L OFLAZIAN
on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com

ALYK L OFLAZIAN
on behalf of Creditor Metropolitan Life amps@manleydeas.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Metropolitan Life logsecf@logs.com

JASON BRETT SCHWARTZ
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@friedmanvartolo.com

KEVIN G. MCDONALD
on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Bayview Loan Servicing bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SHAWN J. LAU
on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com g61705@notify.cincompass.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Peggy R. Brill, | : | Chapter 13 |
| | : | |
| | : | Case No.  19-10520 (PMM) |
| | : | |
| Debtor. | : | |

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Metropolitan Life Insurance Co. (doc. #54, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #56);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **GRDERED** that:

1. On or before **November 3, 2022**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 10/3/22

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**