IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 19-10520 |
| **Peggy Robin Brill AKA P. Robin Brill,** | : | Chapter 13 |
| **AKA Peggy Brill, AKA Peggy R. Brill** | : | Judge Patricia M. Mayer |
| | : | * * * * * * * * * * * * * * * * * |
| Debtor(s) | | |
| | : | |
| **Metropolitan Life** | : | Date and Time of Hearing |
| Movant, | : | October 4, 2022 at 10:00 a.m. |
| vs | : | |
| | : | Place of Hearing |
| **Peggy Robin Brill AKA P. Robin Brill,** | : | 201 Penn Street, 4th Floor |
| **AKA Peggy Brill, AKA Peggy R. Brill** | : | Reading, PA 19601 |
| | : | |
| **Scott F. Waterman** | : | Related Document # 54 |
| Respondents. | | |

## ORDER OF COURT

AND NOW, to wit, this __7th__ day of __October__, 2022, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Shawn J. Lau, Attorney for Debtor, Lau & Associates, 4228 St. Lawrence Avenue, Reading, PA 19606, shawn_lau@msn.com (notified by ecf)

Peggy Robin Brill AKA P. Robin Brill, AKA Peggy Brill, AKA Peggy R. Brill, Debtor, 14 Lincoln Rd, Kutztown, PA 19530-8302 (notified by regular US Mail)