United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Peggy Robin Brill  
    Debtor

Case No. 19-10520-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Peggy Robin Brill, 14 Lincoln Rd, Kutztown, PA 19530-8302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 08 2022 00:07:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 08 2022 00:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2022 00:08:21 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2022 00:08:10 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2022 00:07:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| cr | + Email/Text: DeftBkr@santander.us | Oct 08 2022 00:07:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Oct 08 2022 00:08:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, as servicer for, Metropolitan Life Insurance Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 07, 2022 | Form ID: pdf900 | Total Noticed: 8

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2022            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

**Name** — **Email Address**

ALYK L OFLAZIAN
on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com

ALYK L OFLAZIAN
on behalf of Creditor Metropolitan Life amps@manleydeas.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor Metropolitan Life Insurance Company bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Metropolitan Life logsecf@logs.com

JASON BRETT SCHWARTZ
on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KEVIN G. MCDONALD
on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Bayview Loan Servicing bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SHAWN J. LAU
on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com g61705@notify.cincompass.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-10520** |
| **Peggy Robin Brill AKA P. Robin Brill,** : | **Chapter 13** |
| **AKA Peggy Brill, AKA Peggy R. Brill** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Metropolitan Life** : | **Date and Time of Hearing** |
| **Movant,** : | **October 4, 2022 at 10:00 a.m.** |
| **vs** : | |
| : | **Place of Hearing** |
| **Peggy Robin Brill AKA P. Robin Brill,** : | **201 Penn Street, 4th Floor** |
| **AKA Peggy Brill, AKA Peggy R. Brill** : | **Reading, PA 19601** |
| : | |
| **Scott F. Waterman** : | **Related Document # 54** |
| **Respondents.** | |

**ORDER OF COURT**

AND NOW, to wit, this  7th   day of  October              , 2022, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.    The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.    Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave. Suite 100, Reading, PA 19606, ECFMail@ReadingCh13.com (notified by ecf)

Shawn J. Lau, Attorney for Debtor, Lau & Associates, 4228 St. Lawrence Avenue, Reading, PA  19606, shawn_lau@msn.com (notified by ecf)

Peggy Robin Brill AKA P. Robin Brill, AKA Peggy Brill, AKA Peggy R. Brill, Debtor, 14 Lincoln Rd, Kutztown, PA  19530-8302 (notified by regular US Mail)