Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-10520-PMM**

PEGGY ROBIN BRILL  
14 LINCOLN RD  
KUTZTOWN  PA     19530-8302

Petition Filed Date: 01/29/2019  
341 Hearing Date: 03/12/2019  
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2022 | $304.00 | | 09/23/2022 | $202.00 | | 10/07/2022 | $404.00 | |
| 11/07/2022 | $200.00 | | 12/12/2022 | $505.00 | | 01/27/2023 | $404.00 | |
| 02/09/2023 | $650.00 | | 02/14/2023 | $550.00 | | 03/24/2023 | $410.00 | |
| 04/07/2023 | $402.00 | | 05/19/2023 | $402.00 | | 07/12/2023 | $302.00 | |

**Total Receipts for the Period:  $4,735.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,770.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $3,798.20 | $3,798.20 | $0.00 |
| 1 | SANTANDER BANK NA<br>»»  001 | Unsecured Creditors | $1,125.23 | $0.00 | $1,125.23 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»»  003 | Unsecured Creditors | $2,547.09 | $0.00 | $2,547.09 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  004 | Unsecured Creditors | $1,604.95 | $0.00 | $1,604.95 |
| 5 | CAPITAL ONE NA<br>»»  005 | Unsecured Creditors | $2,082.02 | $0.00 | $2,082.02 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»»  006 | Mortgage Arrears | $15,665.82 | $13,413.81 | $2,252.01 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  007 | Unsecured Creditors | $1,170.86 | $0.00 | $1,170.86 |
| 8 | NORANN WARMKESSEL, TAX COLLECTOR<br>»»  008 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | NORANN WARMKESSEL, TAX COLLECTOR<br>»»  009 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-10520-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,770.50 | Current Monthly Payment: | $404.09 |
| Paid to Claims: | $17,712.01 | Arrearages: | $537.05 |
| Paid to Trustee: | $1,692.67 | Total Plan Base: | $23,136.18 |
| Funds on Hand: | $365.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.