United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10520-pmm |
| Peggy Robin Brill | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 29, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14714850 | + | Metropolitan Life, 2121 Waukegan Road, Suite 300, Bannockburn, Pennsylvania 60015-1831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 31, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Metropolitan Life logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 29, 2024 | Form ID: trc | Total Noticed: 1 |

bankruptcy@friedmanvartolo.com

KEVIN G. MCDONALD
    on behalf of Creditor Bayview Loan Servicing bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com

ROGER FAY
    on behalf of Creditor Metropolitan Life Insurance Company rfay@alaw.net  bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SHAWN J. LAU
    on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com
    g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10520-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Peggy Robin Brill
14 Lincoln Rd
Kutztown PA 19530-8302

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/29/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Metropolitan Life, 2121 Waukegan Road, Suite 300, Bannockburn, Pennsylvania  60015 | Metropolitan Life Insurance Company<br>c/o Rushmore Servicing<br>PO Box 619094<br>Dallas, TX 75261 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/31/24

Tim McGrath
**CLERK OF THE COURT**