Certificate Number: 17572-PAE-DE-038341544

Bankruptcy Case Number: 19-10520



17572-PAE-DE-038341544

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2024, at 4:56 o'clock PM PDT, Peggy R Brill completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 2, 2024                    By:    /s/Benjamin E Wunsch

Name:  Benjamin E Wunsch

Title:  Counselor