United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 19-10520-pmm
Peggy Robin Brill | Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Apr 03, 2024 | Form ID: 138OBJ | Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Peggy Robin Brill, 14 Lincoln Rd, Kutztown, PA 19530-8302 |
| 14270590 | + | Bayview Loan Servicing, as servicer for, Metropolitan Life Insurance Company, c/o Kevin G. McDonald, KML LAW GROUP, P.C., 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |
| 14265016 | | Credit Protection Association, 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14265017 | | Family Guidance Center, 1235 Penn Ave Ste 205-206, Wyomissing, PA 19610-2100 |
| 14430004 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14265019 | | Law Offices of Hayt, Hyat & Landau, LLC, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |
| 14265020 | | MDJ-23-3-04, 110 W Arch St Ste 118, Fleetwood, PA 19522-1321 |
| 14714850 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14842256 | + | Metropolitan Life Insurance Company, c/o Roger Fay, Esq., Albertelli Law, 14000 Commerce Parkway, Suite H Mount Laurel NJ 08054-2242 |
| 14841718 | + | Metropolitan Life Insurance Company, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14265024 | | Norann Warmkessel, Tax Collector, 2237 Moselem Springs Rd, Fleetwood, PA 19522-9266 |
| 14265028 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 14265029 | | Service Electric of Birdsboro, PO Box 8, Birdsboro, PA 19508-0008 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 04 2024 00:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 04 2024 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14265010 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 04 2024 00:32:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd Fl 5, Miami, FL 33146-1839 |
| 14265011 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 04 2024 00:36:01 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 14268088 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 04 2024 00:36:01 | Capital One Auto Finance,, a division of Capital One, N.A. Dept., AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14273768 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 04 2024 00:36:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14282155 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2024 00:36:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14265012 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2024 00:36:07 | Capital One Bank USA NA, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14287125 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2024 07:15:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14265013 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 04 2024 00:33:00 | | Comenity Bank/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 14265014 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 04 2024 00:33:00 | | Comenity Capital Bank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 14265015 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 04 2024 00:33:00 | | ComenityBank/FashBug, PO Box 182789, Columbus, OH 43218-2789 |
| 14265018 | | Email/Text: PBNCNotifications@peritusservices.com Apr 04 2024 00:32:00 | | Khols/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14265021 | ^ | MEBN Apr 04 2024 00:28:35 | | Mercantile Adjustment Bureau, LLC, PO Box 9055, Williamsville, NY 14231-9055 |
| 14705536 | | Email/Text: amps@manleydeas.com Apr 04 2024 00:32:00 | | Metropolitan Life, c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14553574 | + | Email/Text: nsm_bk_notices@mrcooper.com Apr 04 2024 00:32:00 | | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14303153 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Apr 04 2024 00:32:00 | | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14869406 | + | Email/Text: nsm_bk_notices@mrcooper.com Apr 04 2024 00:32:00 | | Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 14265022 | + | Email/Text: bankruptcydpt@mcmcg.com Apr 04 2024 00:33:00 | | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14265023 | + | Email/Text: bankruptcydpt@mcmcg.com Apr 04 2024 00:33:00 | | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14285711 | + | Email/Text: bankruptcydpt@mcmcg.com Apr 04 2024 00:33:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14265027 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2024 00:47:34 | | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14265026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2024 00:36:04 | | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14303705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2024 00:36:17 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14265025 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 04 2024 00:36:15 | | Paypal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14265030 | | Email/PDF: clerical@simmassociates.com Apr 04 2024 00:47:34 | | SIMM Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14265031 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 04 2024 00:36:15 | | SYNCB/ Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14265032 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 04 2024 00:36:07 | | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14272332 | + | Email/Text: DeftBkr@santander.us Apr 04 2024 00:33:00 | | Santander Bank, N.A., 450 Penn Street, Mail Code 10-421-MC3, Reading, PA 19602-1011 |
| 14266246 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2024 00:36:10 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14265033 | | Email/PDF: ais.sync.ebn@aisinfo.com Apr 04 2024 00:36:07 | | Synchrony Bank/ Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Metropolitan Life amps@manleydeas.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Metropolitan Life logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KEVIN G. MCDONALD | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bayview Loan Servicing bkgroup@kmllawgroup.com |
| ROGER FAY | on behalf of Creditor Metropolitan Life Insurance Company rfay@alaw.net bkecf@milsteadlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Peggy Robin Brill
      Debtor(s)

Case No: 19−10520−pmm
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/3/24

92 − 83
Form 138OBJ