United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-10520-pmm

Peggy Robin Brill  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2

Date Rcvd: Apr 26, 2024      Form ID: 3180W      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Peggy Robin Brill, 14 Lincoln Rd, Kutztown, PA 19530-8302 |
| 14430004 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14265024 | | Norann Warmkessel, Tax Collector, 2237 Moselem Springs Rd, Fleetwood, PA 19522-9266 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 26 2024 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 26 2024 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14273768 | + | EDI: AISACG.COM | Apr 27 2024 03:46:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14282155 | + | EDI: AIS.COM | Apr 27 2024 03:46:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14287125 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:19:32 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14869406 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2024 23:52:00 | Metropolitan Life Insurance Company, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 14285711 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 23:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14303705 | | EDI: PRA.COM | Apr 27 2024 03:46:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14272332 | + | Email/Text: DeftBkr@santander.us | Apr 26 2024 23:53:00 | Santander Bank, N.A., 450 Penn Street, Mail Code 10-421-MC3, Reading, PA 19602-1011 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 3180W | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

**Name**  **Email Address**

ALYK L OFLAZIAN
on behalf of Creditor Metropolitan Life Insurance Company amps@manleydeas.com

ALYK L OFLAZIAN
on behalf of Creditor Metropolitan Life amps@manleydeas.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Metropolitan Life logsecf@logs.com

DENISE ELIZABETH CARLON
on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

KEVIN G. MCDONALD
on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Bayview Loan Servicing bkgroup@kmllawgroup.com

ROGER FAY
on behalf of Creditor Metropolitan Life Insurance Company rfay@alaw.net  bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

SHAWN J. LAU
on behalf of Debtor Peggy Robin Brill shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Peggy Robin Brill<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9360<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 19–10520–pmm | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Peggy Robin Brill
> aka P. Robin Brill, aka Peggy Brill, aka Peggy R. Brill

4/25/24                                                                                     **By the court:** Patricia M. Mayer
                                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                             **Chapter 13 Discharge**                                      page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**