### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA


In re:                                               : Chapter 13

Peggy Robin Brill                                    : Case No. 19–10520–pmm
                    Debtor(s)


### ORDER
_____


    AND NOW, this day , September 10, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court