**Fill in this information to identify the case:**

Debtor 1 _____Peggy Robin Brill_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the    __Eastern__    District of    __Pennsylvania__
                                                                         (State)

Case number    __19-10520-ref__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:**    __METROPOLITAN LIFE INSURANCE COMPANY__     **Court claim No. (if known):**    __6__

**Last 4 digits** of any number you
use to identify the debtor's account:    __5091__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 04/08/2019 | (5) $ 425.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Preparation of 410A | 04/08/2019 | (11) $ 250.00 |
| 12. Other. Specify: Plan review | 02/21/2019 | (12) $ 225.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   Peggy Robin Brill   Case Number *(if known)*   19-10520-ref
           First Name   Middle Name   Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/  **Janet M. Spears**                                    Date   **April 23, 2019**
    Signature

Print:     Janet M. Spears                                      Title:   Agent for Creditor
           First Name   Middle Name   Last Name

Company:   Aldridge Pite, LLP

Address:   4375 Jutland Dr. Suite 200; P.O. Box 17933
           Number          Street

           San Diego          CA                92177-0933
           City               State             Zip Code

Contact phone   (858)-750-7600                                  Email   jspears@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| In re | Case No. 19-10520-ref |
| PEGGY ROBIN BRILL, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Melissa Gonzalez, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this cause.

On April 29, 2019, I served the Notice of Postpetition Mortgage Fees, Expenses, and Charges in said cause by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2019               /s/ Melissa Gonzalez
                                    MELISSA GONZALEZ

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Peggy Robin Brill
14 Lincoln Rd
Kutztown, PA 19530-8302

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Shawn J. Lau
Lau & Associates
4228 St. Lawrence Avenue
Reading, PA 19606
shawn_lau@msn.com

**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Scott Waterman
2901 St. Lawrence Ave.  Suite 100
 Reading, PA 19606
ECFmail@fredreiglech13.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Department of Justice
Eastern District of Pennsylvania - Reading
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov